Opinion filed November 29,
2012

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-12-00291-CR

                                                    __________

 

                    JOSE
ANTONIO GUERRERO-YANEZ, Appellant 

                                                             V.

                                      STATE
OF TEXAS, Appellee



 

                                    On
Appeal from the 19th District Court

                                                        McLennan
County, Texas

                                               Trial
Court Cause No. 2011-2504-C1

 



 

                                            M
E M O R A N D U M    O P I N I O N

            Jose
Antonio Guerrero-Yanez has filed in this court a motion to withdraw his notice
of appeal and dismiss his appeal.  Pursuant to Tex. R. App. P. 42.2, the motion is signed by both appellant
and his counsel.

The
motion is granted.  Appellant’s notice of appeal is withdrawn, and the appeal
is dismissed.

 

                                                                                                PER
CURIAM                                   

November 29,
2012

Do not publish. 
See Tex. R. App. P.
47.2(b). 

Panel consists of: Wright, C.J.,

McCall, J., and Hill.[1]









[1]John G. Hill, Former Chief Justice, Court of Appeals,
2nd District of Texas at Fort Worth, sitting by assignment.